**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

TO COUNSEL:

DATE:   May 10, 2007

RE:    <u>**CV 07-02509 SC  : SECURITIES AND EXCHANGE COMMISSION-v-EDWARD SEWON EHEE**</u>

BANKRUPTCY CASE NUMBER: **07-40130**

    The motion to Withdraw the reference which you recently submitted to this office has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  <u>Alfred Amistoso</u>
Case Systems Administrator