IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

EDWARD SEWON EHEE,

        Defendant.

No. C 07-02507SI
**C-07-2508, C-07-2509**

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a status conference will be held on Friday, May 25, 2007, at 2:30 p.m.  Please file a joint statement one week prior to the conference.

Dated: May 16, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk