```
 1  HELANE L. MORRISON (Cal. Bar No. 127752)
    JOHN S. YUN (Cal. Bar No. 112260)
 2   yunj@sec.gov
    ROBERT S. LEACH (Cal Bar No. 196191)
 3   leachr@sec.gov
    XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
 4   vasquezc@sec.gov

 5  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 6  44 Montgomery Street, 26th Floor
    San Francisco, California 94104
 7  Telephone: (415) 705-2500
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD SEWON EHEE,<br><br>Defendant. | Case Nos.<br>C 07-02507 SI<br>C-07-02508 SI<br>C 07-02509 SI<br><br>CERTIFICATE OF SERVICE |

    I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On May 18, 2007, I served the following documents:

**ADMINITRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**RELATED CASE ORDER**

**NOTICE**

**JOINT STATEMENT FOR STATUS CONFERENCE**

1  I served true and correct copies via **U.S. MAIL** addressed to the following:

2  Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
3  803 Hearst Ave.
Berkeley, CA  94710
4  Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
5  Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments,
6  L.P.

7  Albert Ehee
8449 Canterberry Dr.
8  Burr Ridge , IL  60527
Pro se relief defendant
9

10  Jennifer Ehee
6122 Acacia Ave.
Oakland, CA  94618
11  Pro se relief defendant

12  Thomas B. Mayhew
Farella Braun & Martel
13  235 Montgomery St., 30th Floor
San Francisco, Ca  94104
14  Attorney for Relief Defendant Robert Ehee

15  Arthur Greenspan, Esq.
Richards, Kibbe & Orbe LLP
16  One World Financial Center
New York, NY  10281
17  Attorney for Relief Defendant Robert Ehee

18  James D. Wood
Law Offices of James D. Wood
19  3675 Mt. Diablo Blvd., #250
Lafayette, CA  94549-3775
20  Counsel for Debtor Edward Sewon Ehee

21  Christopher M. Desiderio
Nixon Peabody LLP
22  437 Madison Ave.
New York, NY  10022-7001
23  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

24  James S. Monroe
Law Offices of Nixon Peabody
25  2 Embarcadero Center #2700
San Francisco, Ca  94111-3996
26  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966

1  Richard C. Pedone
   Nixon Peabody LLP
2  100 Summer St.
   Boston, MA  02110-2131
3  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

4  Alan Steven Wolf
   Daniel K. Fujimoto
5  Th Wolf Law Firm
   38 Corporate Park
6  Irvine, CA  92606
   Attorney for Creditor EMC Mortgage Corporation

7

   Laurent Chen
8  Office of the U.S. Trustee
   1301 Clay St.
9  Oakland, CA  94612

10 eCast Settlement Corporation
   P.O. Box 35480
11 Newark, NJ  07193-5480

12 Reidun Stromsheim
   Law Offices of Reidun Stromsheim
13 201 California St., Ste. 350
   San Francisco, CA 94111
14 Counsel for Trustee Lois I. Brady

15

16 I declare under penalty of perjury that the foregoing is true and correct.

17 Executed at San Francisco, California on May 18, 2007.

18

19                          *Janet L. Johnston* (signature)
                               Janet L. Johnston
20