1   James D. Wood, St. Bar. No. 106936
    Attorney at Law
2   3675 Mount Diablo Boulevard, Suite 250
    Lafayette, California  94549-3775
3   Tel. (925) 284-9663
    Fax. (925) 283-9663
4   E-Mail: jdw@jdwoodlaw.com

5   Attorney for Debtor Edward S. Ehee

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  SECURITIES AND EXCHANGE COMMISSION, | No. C 06-6966 SI |
| 13                    Plaintiff, | (Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI) |
| 14                    vs. | (Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T) |
| 15  VIPER CAPITAL MANAGEMENT, *et al.* | |
| 16                    Defendants. | **AMENDED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR** |
| 17 | **ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION** |
| 18  AND RELATED ACTIONS | |
| 19 | Date:          July 13, 2007 |
| 20 | Time:          9:00 A.M. |
| 21 | Place:          450 Golden Gate Ave. San Francisco, CA Courtroom 10 |
| 22 | Judge:          Hon. Susan Illston |

23   **TO CREDITORS OF EDWARD EHEE AND OTHER PARTIES IN INTEREST:**

24   **PLEASE TAKE NOTICE THAT:**

25       The date, time, and place of the hearing on **"EDWARD EHEE'S MOTION FOR**

26   **ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION"** filed on June 11,

27

28   2007 with the United States Bankruptcy Court for the Northern District of California in

connection with the case captioned as *In re Edward Sewon Ehee*, U.S. Bk. Ct. Involuntary Chapter 7 No. 07-40126T and previously served on parties in interest has been changed.

The United States District Court for the Northern District of California has assumed jurisdiction over the foregoing involuntary bankruptcy case and certain related cases. Therefore, the hearing on the foregoing motion will now be held at the date, time, place and before the Judge listed below, or as soon thereafter as the matter may be heard:

**Date of Hearing: ...... July 13, 2007**

**Time of Hearing: ..... 9:00 A.M.**

**Place of Hearing: ..... 450 Golden Gate Ave.**
**San Francisco, CA**
**Courtroom 10**

**Judge: ....................... Honorable Susan Illston,**
**United States District**
**Judge**

Any response, opposition, or other papers relating to the foregoing motion or bankruptcy case should be filed under the case number captioned above (U.S. Dist. Ct. N.D. Cal. No. C 06-6966 S). By order of the U.S. District Court, any such **response or opposition to the motion shall be filed and served on parties in interest no later than July 6, 2007**.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

AmendedNoticeofHearingonMotiononHomesteadDec070626_01.doc 6/26/07 JDW