1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>         Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>Defendants.<br><br>and<br><br>COMPASS WEST FUND, et al.,<br>Relief Defendants. | Nos. C 06-06966 SI; and<br>C 07-02507 SI; C 07-02508 SI;<br>C 07-2509 SI<br><br>**NOTICE OF MOTION FOR JOINT ADMINISTRATION OF CASES**<br><br>Date: July 13, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |
| In re:<br><br>EDWARD SEWON EHEE,<br>         Debtor. | |
| In re:<br><br>COMPASS FUND MANAGEMENT,<br>         Debtor. | |
| In re:<br><br>COMPASS WEST FUND L.P.,<br>Debtor. | |

NOTICE OF HEARING – CASE NO. 06-06966

10632303.1

1

2  TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that on July 13, 2007, at 9:00 a.m., a hearing will be held on the *Motion of Roosevelt Fund, L.P., as Petitioning Creditor, Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Order Directing the Joint Administration of Chapter 7 Cases* (the "Motion"), before the Honorable Susan Illston, United States District Court Judge, in Courtroom 10 located at the U.S. District Court, 450 Golden Gate Ave., San Francisco, CA 94102.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed and served at least 5 days (July 6, 2007) before the hearing date.

Dated: June 27, 2007

Respectfully submitted,

NIXON PEABODY LLP


By: /s/ James S. Monroe
    James S. Monroe, Esq.
    Attorneys for Creditor,
    Roosevelt Fund, L.P.