James S. Monroe, Esq. (State Bar Number: 102328)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al, Defendants.<br><br>and<br><br>COMPASS WEST FUND, et al.,<br>Relief Defendants. | Nos. C 06-06966 SI; and<br>C 07-02507 SI; C 07-02508 SI;<br>C 07-2509 SI<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007)**<br><br>Date: July 13, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>              Debtor. | |
| In re:<br><br>COMPASS FUND MANAGEMENT,<br><br>              Debtor. | |
| In re:<br><br>COMPASS WEST FUND L.P.,<br><br>Debtor. | |

-1-

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION – CASE NO. 06-06966

10632322.1

1       The undersigned hereby refiles the attached document originally filed with the U.S.

2    Bankruptcy Court N.D. Cal. on April 9, 2007.

3

4    Dated: June 27, 2007                              Respectfully Submitted,

5
                                                        /s/ James S. Monroe
6                                                      James S. Monroe, Esq. (State Bar Number: 102328)
                                                       NIXON PEABODY LLP
7                                                      Two Embarcadero Center, Suite 2700
                                                       San Francisco, CA 94111-3996
8                                                      Telephone: (415) 984-8200
                                                       Facsimile: (415) 984-8300
9                                                      E-mail:  jmonroe@nixonpeabody.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10632322.1

1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail:  jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  In re:                                    Case No. 07-40126
                                              Chapter 7
    EDWARD SEWON EHEE,
12
                        Debtor.
13

14  In re:
                                              Case No. 07-40129
15  COMPASS FUND MANAGEMENT,                  Chapter 7

16                      Debtor.

17

18  In re:                                    Case No. 07-40130
                                              Chapter 7
19  COMPASS WEST FUND L.P.,

    Debtor.                                   **REQUEST FOR JUDICIAL NOTICE IN
20                                            SUPPORT OF MOTION FOR JOINT
                                              ADMINISTRATION AND REQUEST FOR
21                                            A STATUS CONFERENCE**

22                                            Date: May 3, 2007
                                              Time: 3:00 p.m.
23                                            Place: Courtroom 201
                                              Judge: Hon. Leslie J. Tchaikovsky
24

25

26

27

28
                                    -1-

1    TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that pursuant to Rule of Evidence 201, Roosevelt Fund, L.P.

3    ("Roosevelt Fund")[1] by and through its counsel, Nixon Peabody LLP, respectfully request that the

4    Court take judicial notice of the following documents in support of Roosevelt Fund's motion for

5    entry of an order directing the joint administration of the above captioned chapter 7 cases and

6    ordering a status conference to be held on May 3, 2007, or the Court's earliest convenience:

7          A.    Case Docket for U.S. Bankruptcy Court, Northern District of California (San

8    Francisco), Bankruptcy Case No. 07-40126, a copy of which is attached as Exhibit A.

9          B.    Case Docket for U.S. Bankruptcy Court, Northern District of California (San

10   Francisco), Bankruptcy Case No. 07-40129, a copy of which is attached as Exhibit B.

11         C.    Case Docket for U.S. Bankruptcy Court, Northern District of California (San

12   Francisco), Bankruptcy Case No. 07-40130, a copy of which is attached as Exhibit C.

13         D.    Case Docket for U.S. District Court, Northern District of California (San

14   Francisco), Civil Case No. 06-06966, a copy of which is attached as Exhibit D.

15         A court can take judicial notice of the contents of court files. *See Mullis v. United States*

16   *Bankr. Court.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987).

17

18   Dated: April 9, 2007                    Respectfully Submitted,

19                                           NIXON PEABODY LLP

20

21                                           By   /s/ James S. Monroe
                                                  James S. Monroe, Esq.
22                                           Attorneys for Creditor,
                                             Roosevelt Fund, L.P.

23

24

25

26   _____

[1]        Roosevelt Fund, L.P. was previously known as A.A.G. Roosevelt Fund, L.P. and its official corporate name was
27   previously Anira Advisory Group Roosevelt Fund, L.P.

28
                                              -2-

# EXHIBIT A

7386750.1

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 07-40126

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

*Date Filed:* 01/12/2007

**Debtor**
**Edward Sewon Ehee**
6122 Acacia Avenue
Oakland, CA 94618
SSN: xxx-xx-0000

represented by **James D. Wood**
Law Offices of James D. Wood
3675 Mt. Diablo Blvd. #250
Lafayette, CA 94549-3775
(925)284-9663
Email: jdw@jdwoodlaw.com

**Petitioning Creditor**
**Roosevelt Fund, L.P.**
c/o KS Global Advisors, Inc. #364
336 Bon Air Center
Greenbrae, CA 94904

represented by **James S. Monroe**
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

**U.S. Trustee**
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) Modified on 1/16/2007 THE COURT REMOVED THE ALAISES ENTERED FOR THE PETITIONING CREDITOR TO REFLECT WHAT IS ON THE PETITION.(jaw, ). (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Edward Sewon Ehee Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 INCORRECT DOCKET EVENT SELECTED.(jaw, ). (Entered: 01/12/2007) |
| 01/12/2007 |  | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40126) |

| | | |
|---|---|---|
| | | [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **ERROR** INCORRECT DOCKET EVENT SELECTED. IN THE FUTURE USE THE CM/ECF PATH: BANKRUPTCY->SUMMONS->INVOLUNTARY SUMMONS SERVICE UNEXECUTED. NO ACTION REQUIRED. THE CMA WILL ISSUE THE SUMMONS. (RE: related document(s)2 Involuntary Summons Service Unexecuted). (jaw, ) (Entered: 01/16/2007) |
| 01/16/2007 | | **CORRECTIVE ENTRY** The Court removed the aliases entered for the petitioning creditor to reflect what is on the petition. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). (jaw, ) (Entered: 01/16/2007) |
| 01/17/2007 | 3 | Involuntary Summons Issued on Edward Sewon Ehee . (jaw, ) (Entered: 01/17/2007) |
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Edward Sewon Ehee 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) (Entered: 02/05/2007) |
| 02/21/2007 | 5 | Request for Notice Filed by Creditor EMC Mortgage Corporation (Attachments: # 1 Certificate of Service) (Wolf, Alan) (Entered: 02/21/2007) |
| 02/22/2007 | 6 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Debtor Edward Sewon Ehee (RE: related document(s)4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P., 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7) filed by Debtor Edward Sewon Ehee, Petitioning Creditor Roosevelt Fund, L.P.). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 7 | Certificate of Service (RE: related document(s)6 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 02/28/2007 | 8 | Answer to Involuntary Petition *(certificate of service attached)* Filed by Edward Sewon Ehee. (Wood, James) (Entered: 02/28/2007) |
| 04/04/2007 | 9 | Request for Notice Filed by Creditor eCAST Settlement Corporation. (Weisman, Gilbert) (Entered: 04/04/2007) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 04/06/2007 14:38:55 | | | |
| PACER Login: | nh0029 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 07-40126 Fil or Ent: filed From: 2/5/2005 To: 4/6/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | I | Cost: | 0.08 |

# EXHIBIT B

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 07-40129

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

*Date Filed:* 01/12/2007

*Debtor*
**Compass Fund Management, LLC**
6122 Acacia Avenue
Oakland, CA 94618
SSN: xxx-xx-0000

represented by **Compass Fund Management, LLC**
PRO SE

*Petitioning Creditor*
**Roosevelt Fund, L.P.,** *Petitioner*
c/o KS Global Advisors, Inc.
336 Bon Air Center
#364
Greenbrae, CA 94904
U.S.A.
*fka*
**A.A.G. Roosevelt Fund, L.P.**
*fka*
**Anira Advisory Group Roosevelt Fund, L.P.**

represented by **James S. Monroe**
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email:
jmonroe@nixonpeabody.com

*U.S. Trustee*
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) Modified on 1/16/2007 RE: STATISTICAL DATA: FILER SELECTED INDIVIDUAL INSTEAD OF CORPORATION FOR TYPE OF DEBTOR . (pw, ). (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Compass Fund Management, LLC Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 WRONG DOCKET EVENT USED. CORRECT PATH IS ADVERSARY->COMPLAINT/SUMMONS-> SUMMONS TO BE ISSUED. (pw, ). (Entered: 01/12/2007) |

| | | |
|---|---|---|
| 01/12/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40129) [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **CORRECTIVE ENTRY** Court corrected Type of Debtor to Corporation. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). (pw, ) (Entered: 01/16/2007) |
| 01/17/2007 | 3 | Involuntary Summons Issued on Compass Fund Management, LLC . (pw, ) (Entered: 01/17/2007) |
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Compass Fund Management, LLC 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 2/6/2007 PDF DOES NOT INCLUDE SUMMONS. (pw, ). (Entered: 02/05/2007) |
| 02/22/2007 | 5 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Interested Party Edward Sewon Ehee (RE: related document(s)4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P., 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7) filed by Petitioning Creditor Roosevelt Fund, L.P., Debtor Compass Fund Management, LLC). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 6 | Certificate of Service (RE: related document(s)5 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 03/29/2007 | 7 | Document: *Request of Roosevelt Fund, L.P., as Petitioning Creditor, for Entry of an Order For Relief Requested in the Involuntary Petition Pursuant to Fed. R. Bankr. P. 1013(b).* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Attachments: # 1 Proposed Order) (Monroe, James) (Entered: 03/29/2007) |
| 03/30/2007 | 8 | Certificate of Service (RE: related document(s)7 Document, ). (Monroe, James) (Entered: 03/30/2007) |
| 04/05/2007 | 9 | Order Transferring Cases . (pw, ) Modified on 4/6/2007 ERROR; INCORRECT PDF ATTACHED. PLEASE SEE DOC. # 11. (pw, ). (Entered: 04/05/2007) |
| 04/05/2007 | 10 | Judge Leslie J. Tchaikovsky added to case. Involvement of Judge Edward D. Jellen Terminated . (pw, ) (Entered: 04/05/2007) |
| 04/05/2007 | 11 | Order transferring cases. (pw, ) (Entered: 04/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/06/2007 14:39:24 | | | |
| **PACER Login:** | nh0029 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 07-40129 Fil or Ent: filed From: 2/5/2005 To: 4/6/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT C

7386750.1

## U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 07-40130

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

*Date Filed:* 01/12/2007

**Debtor**
**Compass West Fund L.P.**
6122 Acacia Avenue
Oakland, CA 94618
Tax id: 00-0000000

represented by **Compass West Fund L.P.**
PRO SE

**Petitioning Creditor**
**Roosevelt Fund, L.P., Petitioner**
c/o KS Global Advisors, Inc.
336 Bon Air Center
#364
Greenbrae, CA 94904
U.S.A.
*fka*
**A.A.G. Roosevelt Fund, L.P.**
*fka*
**Anira Advisory Group Roosevelt Fund, L.P.**

represented by **James S. Monroe**
Law Offices of Nixon
Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email:
jmonroe@nixonpeabody.com

**Trustee**
**Lois I. Brady**
P.O. Box 12754
Oakland, CA 94604
(510) 452-4200

**U.S. Trustee**
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Compass West Fund L.P. Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 |

| | | |
|---|---|---|
| | | WRONG EVENT CODE USED.(vmb, ). (Entered: 01/12/2007) |
| 01/12/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40130) [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **ERROR** WRONG EVENT CODE USED. FOR FUTURE REFERENCE USE INVOLUNTARY SUMMONS SERVICE UNEXECUTED. NO FURTHER ACTION IS REQUIRED AT THIS TIME (RE: related document(s) 2 Involuntary Summons Service Unexecuted). (vmb, ) (Entered: 01/16/2007) |
| 01/17/2007 | 3 | Involuntary Summons Issued on Compass West Fund L.P. . (vmb, ) (Entered: 01/17/2007) |
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Compass West Fund L.P. 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) (Entered: 02/05/2007) |
| 02/20/2007 | 5 | Order for Relief In An Involuntary Case Under A Chapter 7. . Order Meeting of Creditors due by 2/27/2007. (lb, ) (Entered: 02/21/2007) |
| 02/22/2007 | 6 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Partner Edward Sewon Ehee (RE: related document(s) 1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor Roosevelt Fund, L.P., Debtor Compass West Fund L.P., 4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P.). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 7 | Order and Notice Regarding Failure of the Debtor(s) to File Schedules, Statements, or Other Required Documents . Non-Compliance (Documents) due by 3/12/2007 (lb, ) (Entered: 02/22/2007) |
| 02/22/2007 | 8 | Certificate of Service (RE: related document(s)6 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 02/23/2007 | 9 | BNC Certificate of Mailing (RE: related document(s)5 Order for Relief (Ch.7)). Service Date 02/23/2007. (Admin.) (Entered: 02/23/2007) |
| 02/24/2007 | 10 | BNC Certificate of Mailing (RE: related document(s)7 Order to File Missing Documents). Service Date 02/24/2007. (Admin.) (Entered: 02/24/2007) |
| 03/22/2007 | | Meeting of Creditors . 341(a) meeting to be held on 4/17/2007 at 11:00 AM Oakland U.S. Trustee Office (jkw, ) (Entered: 03/22/2007) |

| 03/22/2007 | 11 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (jkw, ) (Entered: 03/22/2007) |
|---|---|---|
| 03/24/2007 | 13 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)11 Generate 341 Notices). Service Date 03/24/2007. (Admin.) (Entered: 03/24/2007) |
| 04/05/2007 | 14 | Order Transferring Case From Judge Newsome to Judge Tchiakovsky. (lb, ) Modified on 4/5/2007 NO COURT SERVICE LIST WAS ATTACHED.(lb, ). (Entered: 04/05/2007) |
| 04/05/2007 | | Judge Leslie J. Tchaikovsky added to case . (lb, ) (Entered: 04/05/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/06/2007 14:39:47 | | | |
| **PACER Login:** | nh0029 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 07-40130 Fil or Ent: filed From: 2/5/2005 To: 4/6/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT D

7386750.1

ADRMOP, E-Filing, REFSET-BZ, RELATE

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:06-cv-06966-SI**

Securities and Exchange Commission v. Viper Capital
Management, LLC et al
Assigned to: Hon. Susan Illston
Related Case: 3:06-cv-07270-SI
Cause: 15:77 Securities Fraud

Date Filed: 11/08/2006
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**　　　represented by **John S. Yun**
Securites & Exchange Commission
44 Montgomery St., Suite 2600
San Francisco, CA 94104
415-705-2500
Fax: 415-705-2501
Email: yunj@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Xavier Carlos Vasquez**
Securities And Exchange Commission
44 Montgomery Street
Suite 1100
San Francisco, CA 94104
(415) 705-2321
Fax: 415-705-2501
Email: vasquezc@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helane L. Morrison**
U.S. Securities & Exchange
Commission
San Francisco District Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
(415)705-2450
Fax: (415)705-2448
Email: morrisonh@sec.gov
*ATTORNEY TO BE NOTICED*

**Robert S. Leach**
U.S. Securities and Exchange
Commission

44 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-705-2500
Fax: 415-705-2501
Email: leachr@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Viper Capital Management, LLC**       represented by **Ismail Jomo Ramsey**
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
510-548-3600
Fax: 510-548-3601
Email: izzy@ramsey-ehrlich.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Compass Fund Management, LLC**       represented by **Ismail Jomo Ramsey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Sewon Ehee**       represented by **Ismail Jomo Ramsey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Compass West Fund, LP**       represented by **Ismail Jomo Ramsey**
*Relief defenant*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viper Founders Fund, LP**       represented by **Ismail Jomo Ramsey**
*Relief defendant*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viper Investments, L.P.**       represented by **Ismail Jomo Ramsey**
*Relief defendant*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert Ehee**
*Relief defendant*

**Defendant**

**Robert Ehee**
*Relief defendant*

represented by **Thomas B. Mayhew**
Farella Braun & Martel
235 Montgomery Street
30th Fl.
San Francisco, CA 94104
415/954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur S. Greenspan**
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
212-530-1816
Fax: 917-344-8816
Email: agreenspan@rkollp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Ehee**
*Relief defendant*

**Miscellaneous**

**AAG Roosevelt Fund, L.P.**

represented by **Paul Joseph Byrne, Esq.**
NIXON PEABODY, LLP
Two Embarcadero Center, 27th Floor
San Francisco, CA 94111
(415) 984-8200
Email: pbyrne@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2006 | 1 | COMPLAINT against all defendants (Fee waived; No Process). Filed by Securities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/9/2007. Case Management Conference set for 2/16/2007 02:00 PM. (Attachments: # 1 cmc order# 2 standing order)(ys, COURT STAFF) |

| | | |
|---|---|---|
| | | (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | | CASE DESIGNATED for Electronic Filing. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 3 | MOTION for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction filed by Securities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 4 | MEMORANDUM in Support re [3] MOTION for Temporary Restraining Order filed bySecurities and Exchange Commission. (Related document(s)[3]) (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 5 | Ex Parte Application to file undedacted declaration under seal filed by Securities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 6 | Declaration of Richard Garman filed bySecurities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 7 | Declaration of Betty Ferrero filed bySecurities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 8 | Declaration of Kevin Bradford filed bySecurities and Exchange Commission. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 9 | Declaration of Xavier Carlos Vasquez in Support of [3] MOTION for Temporary Restraining Order filed bySecurities and Exchange Commission. Part 1 of 3. (Related document(s)[3]) (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 10 | Declaration of Xavier Carlos Vasquez in Support of [3] MOTION for Temporary Restraining Order filed bySecurities and Exchange Commission. Part 2 of 3. (Redacted Version) (Related document(s)[3]) (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 11 | Declaration of Xavier Carlos Vasquez in Support of [3] MOTION for Temporary Restraining Order filed bySecurities and Exchange Commission. Part 3 of 3. (Related document(s)[3]) (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 12 | ORDER by Judge Susan Illston granting [5] Ex Parte Application. Directing clerk to file unredacted declaration under seal. (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |
| 11/08/2006 | 13 | Declaration of Xavier Carlos Vasquez in Support of [3] MOTION for Temporary Restraining Order filed bySecurities and Exchange Commission. (part 2 of 3) FILED UNDER SEAL. (Related document(s) [3]) (ys, COURT STAFF) (Filed on 11/8/2006) (Entered: 11/08/2006) |

| | | |
|---|---|---|
| 11/08/2006 | 14 | TEMPORARY RESTRAINING ORDER and Order to Show Cause. Hearing set for 11/15/06 at 4:00 p.m.. Any declarations, affidavits, points and authorities, or other submissions in support of, or in opposition to, the issuance of such an Order shall be filed with the Court and delivered to the Commissions' counsel and the offices of the defendants and/or their attorneys no later than 12:oo p.m. on 11/13/06. Any reply papers shall be filed with the Court and delivered to opposition counsel no later than 9:00 a.m. on 11/14/06 with hand service. Signed by Judge Susan Illston on 11/8/06. (ys, COURT STAFF) (Filed on 11/8/2006) Additional attachment(s) added on 11/28/2006 (ys, COURT STAFF). (Entered: 11/08/2006) |
| 11/13/2006 | 15 | STIPULATION re 14 Temporary Restraining Order,, *to Continue Order to Show Cause re Preliminary Injunction, Order Freezing Assets and Granting Other Relief (Rule 65 (b).)* by Securities and Exchange Commission. (Yun, John) (Filed on 11/13/2006) (Entered: 11/13/2006) |
| 11/13/2006 | 16 | STIPULATION re 15 Stipulation, *Signature Page for Jennifer Ehee for Stipulation to Continue Order to Show Cause re Preliminary Injunction, Order Freezing Assets and Granting Other Relief (Rule 65 (b).)* by Securities and Exchange Commission. (Yun, John) (Filed on 11/13/2006) (Entered: 11/13/2006) |
| 11/14/2006 | 17 | ORDER :Preliminary Injunction hearing set for 12/15/2006 09:00 AM.. Signed by Judge Illston on 11/13/06. (Attachments: # 1)(ts, COURT STAFF) (Filed on 11/14/2006) (Entered: 11/14/2006) |
| 11/21/2006 | 18 | STIPULATION *AND [PROPOSED] ORDER TO TRANSFER ASSETS OF RELIEF DEFENDANT ROBERT EHEE* by Securities and Exchange Commission. (Vasquez, Xavier) (Filed on 11/21/2006) (Entered: 11/21/2006) |
| 11/22/2006 | 19 | STIPULATION *AND [PROPOSED] ORDER FOR PRELIMINARY INJUNCTION AND OTHER RELIEF* by Securities and Exchange Commission. (Vasquez, Xavier) (Filed on 11/22/2006) (Entered: 11/22/2006) |
| 11/22/2006 | 20 | ORDER re: assets. Signed by Judge Illston on 11/22/06. (ts, COURT STAFF) (Filed on 11/22/2006) (Entered: 11/22/2006) |
| 11/22/2006 | 21 | PRELIMINARY INJUNCTION, Motions terminated:. Signed by Judge Illston on 11/22/06. (ts, COURT STAFF) (Filed on 11/22/2006) Modified on 11/22/2006 (ts, COURT STAFF). 12/15/06 motion hearing vacated (Entered: 11/22/2006) |
| 11/28/2006 | 22 | CLERK'S NOTICE re: Failure to E-File documents #1, #3-13 by plaintiffs' counsel. (ys, COURT STAFF) (Filed on 11/28/2006) (Entered: 11/28/2006) |
| 11/29/2006 | 23 | NOTICE of Appearance by Ismail Jomo Ramsey (Ramsey, Ismail) (Filed on 11/29/2006) (Entered: 11/29/2006) |
| 12/01/2006 | 24 | CERTIFICATE OF SERVICE by Securities and Exchange Commission |

| | | |
|---|---|---|
| | | re 18 Stipulation *and [Proposed] Order to Transfer Assets of Relief Defendant Robert Ehee* (Vasquez, Xavier) (Filed on 12/1/2006) (Entered: 12/01/2006) |
| 12/07/2006 | 25 | NOTICE of Appearance by Thomas B. Mayhew *and Arthur S. Greenspan (Application for Pro Hac Vice Admission Pending* (Mayhew, Thomas) (Filed on 12/7/2006) (Entered: 12/07/2006) |
| 12/07/2006 | 26 | CERTIFICATE OF SERVICE by Robert Ehee re 25 Notice of Appearance *Service on pro se Relief Defendants Albert Ehee and Jennifer Ehee* (Mayhew, Thomas) (Filed on 12/7/2006) (Entered: 12/07/2006) |
| 12/07/2006 | 27 | MOTION for leave to appear in Pro Hac Vice of Arthur S. Greenspan ($210.00, receipt #34611000284) filed by Robert Ehee. (ys, COURT STAFF) (Filed on 12/7/2006) (Entered: 12/08/2006) |
| 12/07/2006 | | Proposed Order re [27] MOTION for leave to appear in Pro Hac Vice by Robert Ehee. (ys, COURT STAFF) (Filed on 12/7/2006) (Entered: 12/08/2006) |
| 12/13/2006 | 28 | MOTION to Related Case *AAG Roosevelt Fund LP v. Edward Ehee, et al., Case No. C-06-7270 CRB* filed by AAG Roosevelt Fund, L.P.. (Byrne, Paul) (Filed on 12/13/2006) (Entered: 12/13/2006) |
| 12/13/2006 | 29 | Proposed Order re 28 MOTION to Related Case *AAG Roosevelt Fund LP v. Edward Ehee, et al., Case No. C-06-7270 CRB* by AAG Roosevelt Fund, L.P.. (Byrne, Paul) (Filed on 12/13/2006) (Entered: 12/13/2006) |
| 12/13/2006 | 30 | CERTIFICATE OF SERVICE by Securities and Exchange Commission re 19 Stipulation *and [Proposed] Order for Preliminary Injunction and Other Relief* (Vasquez, Xavier) (Filed on 12/13/2006) (Entered: 12/13/2006) |
| 12/18/2006 | 33 | ORDER by Judge Susan Illston granting [27] Motion for Pro Hac Vice. (ys, COURT STAFF) (Filed on 12/18/2006) (Entered: 12/19/2006) |
| 12/19/2006 | 31 | CERTIFICATE OF SERVICE by AAG Roosevelt Fund, L.P. re 28 MOTION to Related Case *AAG Roosevelt Fund LP v. Edward Ehee, et al., Case No. C-06-7270 CRB*, 29 Proposed Order *Proof of Service on Edward Ehee of Motion/Proposed Order* (Byrne, Paul) (Filed on 12/19/2006) (Entered: 12/19/2006) |
| 12/19/2006 | 32 | CERTIFICATE OF SERVICE by AAG Roosevelt Fund, L.P. re 28 MOTION to Related Case *AAG Roosevelt Fund LP v. Edward Ehee, et al., Case No. C-06-7270 CRB*, 29 Proposed Order *Proof of Service on Jennifer Ehee* (Byrne, Paul) (Filed on 12/19/2006) (Entered: 12/19/2006) |
| 01/08/2007 | 34 | ANSWER to Complaint with Jury Demand byViper Capital Management, LLC, Compass Fund Management, LLC, Edward Sewon Ehee. (Ramsey, Ismail) (Filed on 1/8/2007) (Entered: 01/08/2007) |
| 01/09/2007 | 35 | ORDER RELATING CASE.. Signed by Judge Illston on 1/8/07. (ts, COURT STAFF) (Filed on 1/9/2007) (Entered: 01/09/2007) |

| 01/19/2007 | 36 | ANSWER to Complaint byRobert Ehee. (Greenspan, Arthur) (Filed on 1/19/2007) (Entered: 01/19/2007) |
|---|---|---|
| 01/19/2007 | 37 | CERTIFICATE OF SERVICE by Robert Ehee *in connection with Answer of Relief Defendant Robert Ehee* (Greenspan, Arthur) (Filed on 1/19/2007) (Entered: 01/19/2007) |
| 01/24/2007 | 38 | CLERK'S NOTICE Case Management Conference set for 2/23/2007 02:00 PM. (ts, COURT STAFF) (Filed on 1/24/2007) (Entered: 01/24/2007) |
| 01/26/2007 | 39 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Yun, John) (Filed on 1/26/2007) (Entered: 01/26/2007) |
| 01/26/2007 | 40 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Yun, John) (Filed on 1/26/2007) (Entered: 01/26/2007) |
| 02/09/2007 | 41 | ADR Clerks Notice Setting ADR Phone Conference on 2/21/07 at 10:30 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 2/9/2007) (Entered: 02/09/2007) |
| 02/09/2007 | 42 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Securities and Exchange Commission. (Vasquez, Xavier) (Filed on 2/9/2007) (Entered: 02/09/2007) |
| 02/21/2007 | | ADR Remark: ADR Phone Conference conducted on 2/21/07 by HAH. (tjs, COURT STAFF) (Filed on 2/21/2007) (Entered: 02/21/2007) |
| 02/27/2007 | 43 | Minute Entry: Initial Case Management Conference held on 2/23/2007 before Illston (Date Filed: 2/27/2007). Case continued to 7/31/07 @ 3:30 p.m. for Pretrial ConferenceCase continued to 8/13/07 @ 8:30 a.m. for Trial (court trial re: remedies : 2 Days)Discovery Cutoff: Designate Experts by:, Rebuttal Experts:, Expert Discovery Cutoff:ORDERED AFTER HEARING: This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference is to occur in May 2007() (ts, COURT STAFF) (Date Filed: 2/27/2007) (Entered: 02/27/2007) |
| 02/27/2007 | 44 | PRETRIAL ORDER. Signed by Judge Illston on 2/26/07. (Attachments: # 1)(ts, COURT STAFF) (Filed on 2/27/2007) (Entered: 02/27/2007) |
| 02/27/2007 | | Set Deadlines/Hearings: Bench Trial set for 8/13/2007 08:30 AM. Pretrial Conference set for 7/31/2007 03:30 PM. (ys, COURT STAFF) (Filed on 2/27/2007) (Entered: 02/27/2007) |
| 03/06/2007 | | CASE REFERRED to Magistrate Judge Bernard Zimmerman for Settlement (wh, COURT STAFF) (Filed on 3/6/2007) (Entered: 03/06/2007) |
| 03/09/2007 | 45 | ORDER SCHEDULING SETTLEMENT CONFERENCE. Signed by Magistrate Judge Bernard Zimmerman on 3/9/2007. (bzsec, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/09/2007) |
| 03/09/2007 | | Set Deadlines/Hearings: Settlement Conference before Magistrate Judge Zimmerman set for 5/3/2007 10:00 AM. (ys, COURT STAFF) (Filed on |

| | | 3/9/2007) (Entered: 03/12/2007) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/06/2007 14:41:09 | | |
| **PACER Login:** | nh0029 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 3:06-cv-06966-SI |
| **Billable Pages:** | 4 | **Cost:** 0.32 |