1  aJames S. Monroe, Esq. (State Bar Number: 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, 18th Floor
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-06-6966-SI |
| 12 Plaintiff, | (Related Case Nos. C-07-2507-SI, C-07-2508-SI, and C-07-2509-SI) |
| 13 vs. | **CERTIFICATE OF SERVICE** |
| 14 VIPER CAPITAL MANAGEMENT, LLC, et al., | |
| 15 Defendants, and | |
| 16 COMPASS WEST FUND, LP, et al. | |
| 17 Relief Defendants. | |
| 18 In re: | |
| 19 EDWARD SEWON EHEE, | |
| 20 Debtor. | |
| 21 | |
| 22 In re: | |
| 23 COMPASS FUND MANAGEMENT, | |
| 24 Debtor. | |
| 25 In re: | |
| 26 COMPASS WEST FUND L.P., | |
| 27 Debtor. | |
| 28 | |

CERTIFICATE OF SERVICE - CASE NO. C-06-6966

10608865.1

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111. On this date, I served the following document(s):

**NOTICE OF MOTION FOR JOINT ADMINISTRATION OF CASES;**
**MOTION FOR JOINT ADMINISTRATION OF CASES (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007);**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007);**
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007); and**
**[PROPOSED] ORDER ON MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__ : By Electronic Service — Under the normal course of business, copies of the above documents were transmitted electronically by the Court.

Addressee(s)

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

Jennifer Ehee
6122 Acacia Avenue
Oakland, CA 94618

CERTIFICATE OF SERVICE - CASE NO. C-06-6966     -2-     10608865.1

| | |
|---|---|
| James S. Monroe, Esq.<br>Law Office of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111 | Albert Ehee<br>c/o Andrew Ehee<br>8449 Canteberry Drive<br>Burr Ridge, Illinois 60527 |
| Alan Steven Wolf, Esq.<br>Danile K. Fujimoto, Esq.<br>The Wolf Law Firm<br>38 Corporate Park<br>Irvine, CA 92606 | Arthur Greenspan, Esq.<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY 10281-1003 |
| Thomas B. Mayhew, Esq.<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery St., 30th Flr.<br>San Francisco, CA 94104 | COMPASS WEST FUND, L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| COMPASS FUND MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | VIPER CAPITAL MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| VIPER FOUNDERS FUND. L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | James D. Wood<br>Law Offices of James D. Wood<br>3675 Mt. Diablo Blvd., #250<br>Lafayette, CA 94549 |
| Ismail Jomo Ramsey<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | Laurent Chen, Esq.<br>U.S. Dept. of Justice<br>Office of the US Trustee<br>1301 Clay St., Suite 690n<br>Oakland, CA 94612 |

CERTIFICATE OF SERVICE - CASE NO. C-06-6966        -3-        10608865.1

| | |
|---|---|
| 1 | |
| 2 | eCast Settlement Corporation |
| 3 | P.O. Box 35480 |
| 4 | Newark, NJ 07193 |

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193

Eliot A. Andelson
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Reidun Stromsheim
Law Office of Reidun Stromshein
201 California St., Ste. 350
San Francisco, CA 94111

USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. box 2070
Oakland, CA 94612

Helane L. Morrison
John S. Yun
Robert S. Leach
Xavier Carlos Vasquez
SECURITIES AND
EXCHANGE COMMISSION
44 Montgomery St., 26th Floor

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355

Betty Ferrero
800 Mainberry Drive, #505
Madera, CA 93637

Richard Garman
1 Madrona Street
Belvedere, CA 94920

Tae Noh
6594 Gillis Drive
San Jose, CA 95120

Ozcar Multi Strategies LLC
787 Seventh Ave., 3rd Floor
New York, NY 10019

Labor Commissioner
1515 Clay Street, Room 801
Oakland, CA 94612

| | |
|---|---|
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879-0001<br>Sacramento, CA 94279 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2007, at San Francisco, California.

_____
Carol C. Dowling