**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/22/07

Case No. __C06-6966 SI__          Judge: __SUSAN ILLSTON__
(06-7270, 07-2507, 07-2508, 7-2509)

Title: SEC -v- VIPER

Attorneys: Yun, Sanchez, James Wood, Pollock, Byrne

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

**PROCEEDINGS**

1) Further Case Management Conference - HELD _____

2) _____

3) _____

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to __7/13/07 @ 2:30 p.m.__ for Further Case Management Conference

Case continued to __7/13/07 @ 9:00 a.m.__  for motions to appoint a joint administration in the three
bankruptcy cases AND motion re: homestead declaration (oppositions due 7/6/07)
(
Case continued to        for Pretrial Conference

Case continued to_ for Trial (court trial re: remedies : 2 Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Re: 06-6966:
The parties are very close to a settlement.  If Ehee deposits money into the registry, the case will be
dismissed.  If a settlement is reached, the 8/13/07 remedies hearing will be canceled.
The SEC shall file a status statement by 6/29/07 re: the status of the settlement.
Re: 06-7270:
This case is stayed.

Re: 07-2507, 2508, 2509:
Cases are set for motions as indicated above.

All parties shall arrange for a follow-up settlement conference with Magistrate-Judge Zimmerman
prior to the next case management conference.