UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/22/07

Case No.   C06-6966 SI         Judge:   SUSAN ILLSTON
(06-7270, 07-2507, 07-2508, 7-2509)

Title: SEC -v- VIPER

Attorneys: Yun, Vasquez, Byrne, Wood, Pollak

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1) Motion to Withdraw the Bankruptcy Reference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition : ( x ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to       for Pretrial Conference

Case continued to  for Trial (court trial re: remedies : 2 Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: