James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California  94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>            Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI,<br>C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**WITHDRAWAL OF EDWARD EHEE'S OPPOSITION TO MOTION FOR JOINT ADMINISTRATION**<br><br>Date:       July 13, 2007<br>Time:      9:00 A.M.<br>Place:     450 Golden Gate Ave.<br>             San Francisco, CA<br>             Courtroom 10<br>Judge:    Hon. Susan Illston |

EDWARD SEWON EHEE, ("Ehee") withdraws his opposition filed with the U.S. Bankruptcy Court N.D. Cal. on April 26, 2007 to the "MOTION FOR JOINT ADMINISTRATION" filed in *In re Ehee* dated April 9, 2007 by ROOSEVELT FUND, L.P.

WITHDR'L OF OPPO. TO JOINT ADMIN., No. C 06-6966 SI

Ehee reserves the right to object to the appointment of a single trustee for all of the jointly administered cases when and if a trustee is appointed in connection with *In re Ehee*.

Respectfully submitted,

DATED: June 27, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE