1 | Paul J. Byrne, Esq. (State Bar Number: 190860)
NIXON PEABODY LLP
2 | One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
3 | Telephone: (415) 984-8200
Facsimile: (415) 984-8300
4 | E-mail: pbyrne@nixonpeabody.com

5 | Richard Pedone (*Admitted Pro Hac Vice*)
NIXON PEABODY LLP
6 | 100 Summer Street
Boston, MA 02110-2131
7 | Tel: (617) 345-1000
Fax: (617) 345-1300
8 | E-Mail: rpedone@nixonpeabody.com

9 | Attorneys for Creditor, Roosevelt Fund, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br>v.<br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>    Defendants.<br>and<br>COMPASS WEST FUND, et al.,<br>    Relief Defendants. | Nos. C 06-06966 SI; 06-07270 SI and<br>C 07-02507 SI; C 07-02508 SI; C 07-02509 SI<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br>EDWARD SEWON EHEE,<br>    Debtor. | |
| In re:<br>COMPASS FUND MANAGEMENT,<br>    Debtor. | |
| In re:<br>COMPASS WEST FUND L.P.,<br>    Debtor. | |

PROOF OF SERVICE - CASE NO. C-06-6966-SI AND
RELATED CASES

10634326.1

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111. On this date, I served the following document(s):

**ROOSEVELT FUND'S OPPOSITION TO EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__ : By Electronic Service — Under the normal course of business, copies of the above documents were transmitted electronically by the Court.

Addressee(s)

|  |  |
|---|---|
| Edward Sewon Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618 | Jennifer Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| Albert Ehee<br>c/o Andrew Ehee<br>8449 Canteberry Drive<br>Burr Ridge, Illinois 60527 |  |

1

2   Alan Steven Wolf, Esq.
    Danile K. Fujimoto, Esq.              Arthur Greenspan, Esq.
3   The Wolf Law Firm                     RICHARDS KIBBE & ORBE LLP
    38 Corporate Park                     One World Financial Center
4   Irvine, CA 92606                      New York, NY 10281-1003

5

6   Thomas B. Mayhew, Esq.                COMPASS WEST FUND, L.P.
    FARELLA BRAUN & MARTEL LLP            c/o Edward Sewon Ehee,
7   Russ Building                         its agent for service of process
    235 Montgomery St., 30th Flr.         6122 Acacia Avenue
8   San Francisco, CA 94104               Oakland, CA 94618

9
                                          VIPER CAPITAL MANAGEMENT, LLC
10  COMPASS FUND MANAGEMENT, LLC          c/o Edward Sewon Ehee,
    c/o Edward Sewon Ehee,                its agent for service of process
11  its agent for service of process      6122 Acacia Avenue
    6122 Acacia Avenue                    Oakland, CA 94618
12  Oakland, CA 94618

13

14  VIPER FOUNDERS FUND. L.P.             James D. Wood
    c/o Edward Sewon Ehee,                Law Offices of James D. Wood
15  its agent for service of process      3675 Mt. Diablo Blvd., #250
    6122 Acacia Avenue                    Lafayette, CA 94549
16  Oakland, CA 94618

17

18                                        Laurent Chen, Esq.
    Ismail Jomo Ramsey                    U.S. Dept. of Justice
19  Ramsey & Ehrlich LLP                  Office of the US Trustee
    803 Hearst Avenue                     1301 Clay St., Suite 690n
20  Berkeley, CA 94710                    Oakland, CA 94612

21

22                                        Eliot A. Andelson
    eCast Settlement Corporation          Kirkland & Ellis LLP
23  P.O. Box 35480                        555 California Street
    Newark, NJ 07193                      San Francisco, CA 94104
24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | Reidun Stromsheim / Law Office of Reidun Stromshein / 201 California St., Ste. 350 / San Francisco, CA 94111 |
| | USBC Manager / United States Bankruptcy Court / 1300 Clay Street / P.O. box 2070 / Oakland, CA 94612 |

```
 1

 2   Reidun Stromsheim                         USBC Manager
     Law Office of Reidun Stromshein           United States Bankruptcy Court
 3   201 California St., Ste. 350              1300 Clay Street
     San Francisco, CA  94111                  P.O. box 2070
 4                                             Oakland, CA  94612

 5   Helane L. Morrison
     John S. Yun
 6   Robert S. Leach                           Judge Leslie Tchaikovsky
     Xavier Carlos Vasquez                     United States Bankruptcy Court
 7   SECURITIES AND EXCHANGE                   1300 Clay Street
     COMMISSION                                P.O. Box 2070
 8   44 Montgomery St., 26th Floor             Oakland, CA 94612
     San Francisco, CA  94104
 9

10   Gilbert B. Weisman
     Becket and Lee                            Betty Ferrero
11   P.O. Box 3001                             800 Mainberry Drive, #505
     Malvern, PA  19355                        Madera, CA  93637
12

13

14
     Richard Garman                            Tae Noh
15   1 Madrona Street                          6594 Gillis Drive
     Belvedere, CA  94920                      San Jose, CA  95120
16

17

18   Ozcar Multi Strategies LLC                Labor Commissioner
     787 Seventh Ave., 3rd Floor               1515 Clay Street, Room 801
19   New York, NY  10019                       Oakland, CA  94612

20

21

22   U.S. Attorney                             State Board of Equalization
     Civil Division                            Collection Dept.
23   450 Golden Gate Ave.                      P.O. Box 942879-0001
     San Francisco, CA  94102                  Sacramento, CA  94279
24

25
         I declare under penalty of perjury that the foregoing is true and correct. Executed on
26
     July 6, 2007, at San Francisco, California.
27
                                                       /s/ Carol C. Dowling
28                                                     _____
                                                       Carol C. Dowling
```