**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: July 6, 2007 @ 9:00 a.m.

TIME: 20 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| SEC V. VIPER CAPITAL MGMT., et al. | C06-6966 SI (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| John S. Yun; Carlos Vasquez | Ismail J. Ramsey, et al. For Ed Ehee<br>Arthur S. Greenspan - for Robert Ehee<br>Richard Padone - for AAG Roosevelt Fund<br>Stromshein - Compass West Fund | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: __Not Recorded__

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☒ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: __Further Status Conference July 27, 2007__

**NOTES**