# CERTIFICATE OF SERVICE

In re: Edward Sewon Ehee
Case No: 07-40126 T

I, Avis Haynes, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On July 6, 2007, I served, by mail a copy of the following document(s):

**Limited Opposition of the United States Trustee to Motion for Joint Administration**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

Alan Steven Wolf
Daniel J. Fujimoto
The Wolf Law Firm
38 Corporate Park
Irvine, CA 92606

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd. #250
Lafayette, CA 94549-3775

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111

Roosevelt Fund, L.P.
c/o KS Global Advisors, Inc. #364
336 Bon Air Center
Greenbrae, CA 94904

Xavier Carlos Vasquez
Securities and Exchange Commission
44 Montgomery Street, Ste. 2600
San Francisco, CA 94014

James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001

Richard C. Pedone
Nixon Peabody LLP
100 Summer St.
Boston, MA 020110-2131

Certificate of Service

1
2
3      I declare under penalty of perjury under the laws of the United States that
4  the above is true and correct.
5
6  Executed on:   July 6, 2007                                    *Avis Haynes*
                                                                   Avis Haynes
7
8
...
28

Certificate of Service                           - 2 -