**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/13/07

Case No.   C06-6966 SI          Judge:   SUSAN ILLSTON
(06-7270, 07-2507, 07-2508, 7-2509)

Title: SEC -v- VIPER

Attorneys: J. Wood, P. Byrne, M. Loo R. Pedone (phone), J. Yun, C. Vasquez, S. Peterman, I. Ramsey

Deputy Clerk: Tracy Sutton  Court Reporter: J. Gonzalez

**PROCEEDINGS**

1)  Further Case Management Conferences -  HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (#1  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                          PART

Case continued to **11/30/07 @ 9:00 a.m.** for motions/status

Case continued to        for Pretrial Conference

Case continued to_ for Trial (court trial re: remedies : 2 Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The August 13, 2007 hearing is vacated as a result of further settlement negotiations.
These cases shall be referred to Magistrate-Judge Zimmerman for settlement purposes.

Cc: Wings/Lashanda